**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DeANDRE SHOWERS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| DeANDRE SHOWERS, | No.   2:16-CV-00053-CKD |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended one day to July 8, 2016.

　　　Dated:   June 28, 2016　　　　　　　　　　　　　　　　*/s/   Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

[Pleading Title] - 1

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration

Dated: June 28, 2016        /s/ per e-mail authorization

BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to July 8, 2016.

SO ORDERED.

Dated: June 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE