15-JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
DeANDRE SHOWERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| DeANDRE SHOWERS, | No.   2:16-CV-00053-CKD |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE REPLY BRIEF |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 15, 2016.

Dated:  August 15, 2016                                     /s/    *Jesse S. Kaplan*
                                                                            JESSE S. KAPLAN
                                                                            Attorney for Plaintiff

[Pleading Title] - 1

BENJAMIN B. WAGNER  
United States Attorney  
DEBORAH LEE STACHEL  
Acting Regional Counsel, Region IX  
Social Security Administration  

Dated:  August 15, 2016           */s/ per e-mail authorization*

BEN A. PORTER  
Special Assistant U.S. Attorney  
Attorney for Defendant

# ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to August 15, 2016.

SO ORDERED.

Dated:  August 17, 2016

_____  
CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE