JESSE S. KAPLAN CSB# 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916) 489-9297 fax

Attorney for Plaintiff
DeANDRE SHOWERS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| DeANDRE SHOWERS, | No.  2:16-CV-00053-CKD |
| Plaintiff, | STIPULATED REQUEST FOR STAY OF MOTION FOR 406(b) ATTORNEY FEES PENDING DETERMINATION OF PLAINTIFF'S PAST-DUE BENEFITS; |
| v. | |
| Carolyn Colvin, ACTING COMMISSIONER OF SOCIAL SECURITY, | ORDER |
| Defendant. | |

IT IS HEREBY STIPULATED between plaintiff and defendant, though their respective

counsel the undersigned, that proceedings on plaintiff's motion for attorney fees under 42

U.S.C. §406(b) be stayed pending defendant agency's full determination of the exact amount of retroactive benefits due plaintiff, on which amount the attorney fee motion is based.

Plaintiff filed this motion in order to avoid any question regarding timeliness. However, the motion itself indicates uncertainty about the amounts involved and explains why. The situation here is rather complicated. As a result of an earlier administrative law judge decision before this case reached this Court, plaintiff began receiving Supplemental Security Income payments. Following this Court's decision, remand, and a subsequent ALJ decision, plaintiff was found disabled as of the earlier date he had alleged. This entitles him to further, earlier SSI benefits and also to Disabled Adult Child Social Security benefits.

As of when plaintiff filed his attorney fee motion, first one notice and then another had issued regarding his DAC benefits, one based on his mother's earnings record and the other based on his father's. Only a few days ago, an SSI award notice issued. However, integration of all these differing amounts has not been performed by the agency, so the actual back benefit amount on which plaintiff's motion is predicated remains unknown.

Plaintiff will almost certainly have to file a slightly amended motion, modifying the amounts discussed and requested.

THE PARTIES STIPULATE that, with the Court's permission, proceedings on plaintiff's attorney fee motion be stayed until the agency calculates the integrated and combined benefit amount and plaintiff files an amended motion incorporating that new information.

SO STIPULATED.

DATED:        December 11, 2018                    /s/  Jesse S. Kaplan

JESSE S. KAPLAN
Attorney for Plaintiff
DeANDRE SHOWERS


McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Counsel, Region IX
Social Security Administration


DATED:     December 11, 2018         _/s/ per e-mail authorization_
BEN A. PORTER
Special Assistant U.S. Attorney
Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested stay is granted. Plaintiff shall file an amended motion for attorney fees within 30 days of receiving the agency's notice determining plaintiff's actual past-due benefits.

SO ORDERED.

Dated: December 14, 2018

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE